# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LESLIE N. YANKAWAY, | |
| Plaintiff, | Case No.: 2:21-cv-02592-SHL-cgc |
| v. | |
| UNITED CONSUMER FINANCIAL SERVICES COMPANY; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, LESLIE N. YANKAWAY, and the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., through their respective counsel, stipulate that all claims in the above-captioned action is dismissed, with prejudice, as to EXPERIAN INFORMATION SOLUTIONS, INC. pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 22, 2022                                    Respectfully Submitted,

| | |
|---|---|
| LESLIE N. YANKAWAY | EXPERIAN INFORMATION SOLUTIONS, INC. |
| */s/ Marwan R. Daher* | |
| Marwan R. Daher | */s/ Melody McAnally* |
| SULAIMAN LAW GROUP, LTD. | Melody McAnally (TN # 25971) |
| 2500 South Highland Avenue | Jennifer A. Svilar (TN # 38554) |
| Suite 200 | BUTLER SNOW LLP |
| Lombard, Illinois 60148 | 6075 Poplar Avenue, |
| +1 630-575-8181 | Suite 500 |
| mdaher@sulaimanlaw.com | Memphis, Tennessee 38119 |
| | (901) 680-7200 |
| | Melody.McAnally@butlersnow.com |
| | Jen.Svilar@butlersnow.com |

                                       Attorneys for Defendant Experian
                                       Information Solutions, Inc..

## **CERTIFICATE OF SERVICE**

      I hereby certify on September 22, 2022, I electronically filed with the Clerk of the U.S. District Court, Western District of Tennessee, the foregoing document using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

                                                    */s/ Marwan R. Daher*